17UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKS IN THE BAY LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHERIE V. CAMDEN, et al., <br><br> Defendants. | CASE NO. C17-418-JCC <br><br> **REPORT AND RECOMMENDATION** |

Defendants, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP"). Dkt. 1. By order dated March 21, 2017, the Court informed defendants that the application was deficient because Local Civil Rule 3(b) requires that *each* defendant file separate IFP applications. Dkt. 2. The Court ordered defendants to cure the defect by April 11, 2017. Defendants have failed to do so. *See generally* Dkt. Accordingly, the Court recommends that defendants' single IFP application be DENIED, and that they be directed to pay the filing fee in this case or the case will be dismissed.

A proposed order accompanies this Report and Recommendation. Objections, if any, to this Report and Recommendation must be filed and served no later than **April 28, 2017**. If no objections are filed, the matter will be ready for the Court's consideration on **May 1, 2017**. Objections shall not exceed five (5) pages. The failure to timely object may affect the right to

REPORT AND RECOMMENDATION - 1

appeal.

DATED this 13th day of April, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2